JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Great Pacific Securities, | ) | Case No.:  CV 14-1210 DSF (SHx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| Barclays Capital, Inc., et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having ordered that the complaint be dismissed and Plaintiff having declined to amend its complaint,

IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   11/18/16

_____
Dale S. Fischer
United States District Judge